**BRUCE GREENFIELD**
c/o 1524 Thornhill Avenue
Westlake Village, CA 91361
telephone/fax (818) 312-5700



# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Greenfield<br>　　　　　Plaintiff<br>vs.<br>State Bar of California;<br>and Solutions Media, Inc.<br>(a Delaware corporation)<br>　　　　　Defendants | Adversary Complaint No. 1:15-ap-01218-MB<br><br>Chapter 7 Bankruptcy Case No. 12-14013-MB<br><br>**ADVERSARY COMPLAINT**<br><br>**[AMENDED]** |

TO: STATE BAR OF CALIFORNIA   -   TO: DEBTOR SOLUTIONS MEDIA, INC.

The plaintiff alleges the following claim for relief - against the State Bar of California - and - the chapter 7 bankruptcy estate of the former debtor - Solutions Media, Inc. a Delaware corporation - pursuant to Federal Rule 15(a)(1) - which allows the plaintiff - 21 days to amend - subsequent to (filing of Motion to Dismiss pursuant to Rule 12(b) - which was filed by the state bar on 9/17/15.

<u>FOR DECLARATORY RELIEF</u>

(FIRST CLAIM FOR RELIEF)

Based upon the filing of debtor's motion to "re-open" debtor's chapter 7 proceeding, the plaintiff alleges (regardless) whether <u>or</u> not the court <u>grants</u> the motion to dismiss - filed by the state bar - the claim(s) of the state bar <u>and</u> Mr. Davis will be determined by the court; <u>and</u> binding upon the state bar <u>and</u> Mr. Davis (regardless) of whether or not - either or both are <u>dismissed</u> - based upon their <u>failure</u> to respond to <u>or</u> oppose debtor's motion to "re-open" debtor's chapter 7 proceeding.

## (SECOND CLAIM FOR RELIEF)

Upon proposed filing of plaintiff's Chap. 11 proceeding (for reorganization re: "restitution" order); which pursuant to State Bar Rules of Procedure, Rule 5.134 may properly be paid in installments: upon confirmation of the plaintiff's (proposed) Chapter 11 "plan of reorganization" - the plaintiff requests an order for declaratory relief (from bankruptcy court) for reinstatement of the plaintiff's active status - upon "confirmation" of the plan - (since plaintiff is presently involuntarily inactive).

## (THIRD CLAIM FOR RELIEF)

In the alternative - for a determination - the "restitution" order has been "waived" and "satisfied" by "abandonment" of the discharged claim by the chapter 7 trustee to debtor Solutions Media, Inc. to which payment of restitution for non-existent "out of pocket" expenses (was never appropriate): (as erroneously ordered by Judge Platel) in his decision which erroneously ordered reimbursement of chapter 7 trustee's legal fees (which were never paid to his attorney) thus; no expenses incurred and the restitution order issued by Judge Platel in his 8/28/14 Decision is not required to be "paid".

## REQUEST FOR DECLARATORY RELIEF
(regarding all the foregoing claims for relief)

For an order granting motion to re-open debtor's chapter 7 proceeding Case No. 1:12-14013-MB (which requests the same relief) - as the foregoing - Adversary Complaint for Declaratory Relief.

Dated: October 2, 2015

*Bruce Greenfield*

_____
Bruce Greenfield

2

## Declaration of Service

I, the undersigned declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18. My "mailing" address is 1524 Thornhill Ave. Westlake Village, CA

On October 2, 2015 - I served the following document:

ADVERSARY COMPLAINT [AMENDED]

<u>Attorney for State Bar</u>

Danielle Lee, Esq.
Office of General Counsel
180 Howard Street
San Francisco, CA 94105

<u>Attorney for Gerald Davis</u>

Gary B. Rudolph, Esq.
550 West "C" Street
Suite 1500
San Diego, CA 92101

Diane C. Weil, Chap.7 Trustee
16000 Ventura Blvd. #1000
Encino, CA 91436

Office of the U.S. Trustee
915 Wilshire Blvd. #1850
Los Angeles, CA 90017

<u>Attorney for Debtor</u>

Gary A. Plotkin, Esq.
2780 Casiano Road
Los Angeles, CA 90077

Delaware corp. (agent for service) *

James A. Robb, Esq. *
76 Lynthwaite Farm Lane
Wilmington, DE 19803

_X_  BY MAIL:   I placed a copy in a sealed envelope on 10/2/15

I declare under penalty of perjury under laws of State of Calif. and United States of America foregoing is true and correct; and declaration executed October 2, 2015 at Westlake Village, CA.

*Bruce Greenfield* (signature)
_____
Bruce Greenfield